COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:      01-14-00834-CR

Style:      Booker Newsome v. The State of Texas

Date motion filed<sup>*</sup>:      March 30, 2015

Type of motion:      Third Motion for Extension of Time to File Appellant's Brief

Party filing motion:      Appellant

Document to be filed:      Appellant's Brief

Is appeal accelerated?      No

If motion to extend time:

      Original due date:      January 5, 2015

      Number of extensions granted:      2      Current Due Date:  March 27, 2015

      Date Requested:      April 17, 2015

Ordered that motion is:

      ☑ Granted

            If document is to be filed, document due:  April 17, 2015.

           ☑      No further extensions of time will be granted.

      ☐ Denied

      ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

      ☑ Other: _____

On March 2, 2015, the Clerk of this Court granted appellant's second extension and warned counsel that no further extensions would be granted. Because appellant's motion states that more time is needed to review the record, and the reporter's record spans 6 volumes, appellant's motion is **granted**, but counsel is warned that **no further extensions will be granted.** Accordingly, if appellant's brief is not filed by April 17, 2015, the Court will abate this appeal for a hearing. *See* TEX. R. APP. P. 38.8(b)(2).

Judge's signature: /s/ Laura Carter Higley
                ☒ Acting individually      ☐ Acting for the Court

Date:  April 7, 2015

November 7, 2008 Revision